[No. 4959-1-III.   Division Three.   July 14, 1983.]

LARRY A. EVANS, ET AL, *Respondents,* v. RICHARD L. ABHOLD, ET AL, *Defendants,* JAMES P. BUESING, ET AL, *Appellants,* CHARLES KLERICH, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81-2-01051-1, Howard Hettinger, J., entered December 11, 1981. *Affirmed* by unpublished opinion per Roe, C.J., concurred in by Green and Munson, JJ.

[No. 5064-5-III.   Division Three.   July 14, 1983.]

*In the Matter of the Marriage of* STEVE YERIAN, *Appellant, and* NORMA YERIAN, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 81-3-00025-9, Duane E. Taber, J., entered February 25, 1982. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, J., Roe, C.J., dissenting.

[No. 11814-5-I.   Division One.   July 18, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES JAKE SIMMONS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-03055-2, Robert E. Dixon, J., entered April 22, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Durham, A.C.J., and Callow, J.